IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SIDNEY MARTS,

    Plaintiff,

vs.                                    CASE NO. 4:08cv137-MP/AK

DIANE R. JAMES, et al,

    Defendants.

_____/

## ORDER OF DISMISSAL

Plaintiff has moved to voluntarily dismiss this cause without prejudice. (Doc. 5). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and this cause **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this  *9th*  day of April, 2008.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**